EDGAR L. PIERSON, Appellant, *v.* NORMAN L. MUNRO,
Respondent.

(Argued December 7, 1894; decided December 21, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 15, 1893, which affirmed a judgment in favor of defendants entered upon a verdict directed by the court.

*Edward W. S. Johnston* for appellant.

*Joseph G. Gay* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.